1

2

3

4           IN THE UNITED STATES DISTRICT COURT

5           FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                      SAN JOSE DIVISION

7   County of Santa Clara et al,                    NO. C 05-03653 JW

8              Plaintiff(s),              **ORDER TO SHOW CAUSE**
       v.                                 **RE: SETTLEMENT**
9
    United States Postal Service et al,
10
              Defendant(s).
11   _____/

12          On April 4, 2006, the Government informed the Court that the above-entitled matter has

13   reached a settlement.  In light of the settlement, the Court vacates all trial and pretrial dates.  On or

14   before May 12, 2006, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil

15   Procedure 41(a).

16          If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,

17   4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on May 22, 2006 at

18   9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ.

19   P. 41(b).  On or before **May 12, 2006**, the parties shall file a joint statement in response to the Order

20   to Show Cause.  The joint statement shall set forth the status of the activities of the parties for

21   finalizing the settlement and how much additional time is requested to finalize and file the dismissal.

22   If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

23   vacated.

24          Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

25   this action.

26

27   Dated: 04/20/06                              _____/S/_____
                                                  JAMES WARE
28                                                United States District Judge

**United States District Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Stephen H. Schmid stephen.schmid@cco.co.santa-clara.ca.us
Sumi Lee Sumi.lee@cco.sccgov.org

3

4

Ann Miller Ravel
Office of the County Counsel

5

70 West Hedding Street
Ninth Floor

6

East Wing
San Jose, CA 95110-1770

7

Stephen H. Schmid

8

Office of the County Counsel
70 West Hedding Street

9

Ninth Floor, East Wing
San Jose, CA 95110-1770

10

Sumi Lee

11

Office of the County Counsel
70 West Hedding Street, East Wing, Ninth Floor

12

San Jose, CA 95110-1770

13

14

**Dated:**                                                      **Richard W. Wieking, Clerk**

15

16

**By:**_____
      **Melissa Peralta**
      **Courtroom Deputy**

17

18

19

20

21

22

23

24

25

26

27

28