IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| County of Santa Clara, | NO. C 05-03653 JW |
|     Plaintiff, | |
|     v. | **ORDER OF DISMISSAL** |
| United States Postal Service, | |
|     Defendant. | |

On April 20, 2006, this Court issued an Order to Show Cause re: Settlement (Docket Item No. 6) requiring the parties to file a stipulated dismissal, or appear at a hearing to show cause, if any, on May 22, 2006, why the case should not be dismissed under Fed. R. Civ. P. 41(b). To date, the parties have not filed a stipulated dismissal or a joint statement. Neither party appeared at the hearing on May 22, 2006. Accordingly, the case is dismissed on the merits pursuant to Fed. R. Civ. P. 41(b).

Dated: May 23, 2006

05cv3653dism

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Stephen H. Schmid stephen.schmid@cco.co.santa-clara.ca.us
Sumi Lee Sumi.lee@cco.sccgov.org

**Dated: May 23, 2006**                                              **Richard W. Wieking, Clerk**

                                                         **By:_/s/ JW Chambers_____**
                                                            **Melissa Peralta**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California